**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (SBN 240419)
*tarifa.laddon@FaegreBD.com*
RITA MANSURYAN (SBN 323034)
*rita.mansuryan@FaegreBD.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Telephone:  (310) 500-2090
Facsimile:   (310) 500-2091

SARAH L. BREW (*Pro Hac Vice* Forthcoming)
*sarah.brew@FaegreBD.com*
RORY F. COLLINS (*Pro Hac Vice* Forthcoming)
*rory.collins@FaegreBD.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600

Attorneys for Defendant
BLUE APRON, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEFE FERRANDINI, an individual; on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE APRON, LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  2:19-cv-09140-CJC-JEM<br><br>**DEFENDANT BLUE APRON, LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint filed:   September 11, 2019<br>Date Removed:     October 23, 2019 |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-19, Defendant Blue Apron, LLC ("Blue Apron") hereby applies ex parte, for an order extending Blue Apron's time to answer or otherwise respond to Plaintiff Keefe Ferrandini's Complaint by two weeks, from October 30, 2019 until November 13, 2019. Blue Apron seeks an order because the current deadline to respond to the Complaint is this Wednesday, October 30, 2019, and Blue Apron has made several unsuccessful attempts to meet and confer with Plaintiffs' counsel—including efforts to substantively discuss this case, as well as to stipulate to a two-week extension of time to respond to the Complaint, which would alleviate the necessity of filing of this ex parte application.

In support of this application, Blue Apron states the following:

1. Plaintiff commenced this action in Los Angeles County Superior Court on September 11, 2019. Plaintiff served Blue Apron with the Summons and Complaint on September 23, 2019. (*See* Dkt. 1-1.)

2. Blue Apron timely removed the action to this Court on October 23, 2019. (*See* Dkt. 1.)

3. Currently, Blue Apron's deadline to answer or otherwise respond to the Complaint is October 30, 2019. *See* Fed. R. Civ. P. 81(c)(2).

4. Blue Apron requires additional time to prepare a responsive pleading. Blue Apron is in the midst of relocating its principal offices, which is limiting the

2

availability of in-house counsel and potential witnesses to attend to this matter. Additionally, the in-house counsel handling this matter was out of the office Friday, October 25, 2019 to attend a funeral, and therefore was unable to work on this pending matter.

  5. As described in the Declaration of Sarah L. Brew filed herewith, counsel for Blue Apron has made several efforts to meet and confer with Plaintiff's counsel about this matter.  First, on October 10, 2019, Ms. Brew reached Plaintiff's counsel Joshua Haffner by telephone, but Mr. Haffner was attending to another matter and they spoke only briefly.  (Brew Decl. ¶ 3.)  Ms. Brew asked Mr. Haffner to call her back to discuss the case, including issues of jurisdiction and arbitration, but he never did.  (*Id.*)

  6. A week later, on October 17, Ms. Brew emailed a letter to Plaintiff's counsel regarding the case, including Blue Apron's intention to remove the case to this Court the following week.  (*Id.* ¶ 4.)  Plaintiff's counsel still did not respond.

  7. On October 23, 2019, Blue Apron filed its Notice of Removal and emailed copies thereof to Plaintiff's counsel.  (*Id.* ¶ 5.)  Copies of the Removal papers were also mail served.  (*Id.*)

  8. On October 25, 2019, Ms. Brew made a third attempt to communicate with Plaintiff's counsel when she telephoned Plaintiff's counsel's office to discuss this matter and the request for a two-week extension of time to respond to the Complaint. Ms. Brew was informed that both Mr. Haffner and his associate Graham Lambert

were out of the office for the day. (*Id.* ¶ 6.) Ms. Brew then sent an email to Mr. Haffner and Mr. Lambert asking whether they would agree to a two-week extension of Blue Apron's deadline to respond to the Complaint. (*Id.*) Ms. Brew's email stated that, due to the impending response deadline, Blue Apron would need to move the Court to enlarge the time for responsive pleading if Plaintiff's counsel did not respond. (*Id.*)

9. On the morning of October 28, 2019, Ms. Brew telephone and emailed Plaintiff's counsel again regarding Blue Apron's proposed two-week extension. (*Id.* ¶ 7.)

10. As of the time this application was filed, Plaintiff's counsel has not responded to *any* of Ms. Brew's communications. (*Id.* ¶ 8.)

11. Blue Apron brings this ex parte application for a two-week extension of its time to answer or otherwise respond to the Complaint out of an abundance of caution due to Plaintiffs' counsel's failure to respond to multiple efforts to informally resolve this issue without judicial assistance.

12. This application is not being made for the purpose of delay, and the requested extension would not delay the resolution of this matter or prejudice any party.

13. In accordance with Local Rule 7-19, counsel for Blue Apron has advised Plaintiff's counsel of the date and substance of this ex parte application. (Brew Decl. ¶ 7.) The contact information for Plaintiff's counsel is:

Joshua H. Haffner, Esq.
Graham G. Lambert, Esq.
HAFFNER LAW PC
445 South Figueroa Street, Suite 2625
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682
E-mail: jhh@haffnerlawyers.com
E-mail: gl@haffnerlavwers.com

WHEREFORE, Blue Apron respectfully applies for an order extending Blue Apron's time to answer or otherwise respond to the Complaint by two weeks, from October 30, 2019 until November 13, 2019.

Dated:  October 28, 2019            **FAEGRE BAKER DANIELS LLP**


　　　　　　　　　　　　　　　　　　  /s/ *Rita Mansuryan*
　　　　　　　　　　　　　　　　　　TARIFA B. LADDON
　　　　　　　　　　　　　　　　　　RITA MANSURYAN

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　BLUE APRON, LLC