1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEFE FERRANDINI, an individual; on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BLUE APRON, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:19-cv-09140-CJC-JEM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BLUE APRON, LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed:　September 11, 2019<br>Date Removed:　October 23, 2019 |

1

## **[PROPOSED] ORDER**

**IT IS HEREBY ORDERED**, upon good cause shown, that Defendant Blue Apron, LLC's time to answer or otherwise respond to the Complaint is extended by two weeks, from October 30, 2019 to November 13, 2019.

DATED: _____

_____
Honorable John E. McDermott
United States Magistrate Judge